```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Sansome Street, Suite 600
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | NO. C 04 5109 EMC |
| Plaintiffs, | |
| vs. | STIPULATION FOR DISMISSAL; ORDER |
| FRANK ALANDT, et al., | |
| Defendants. | |

It is hereby stipulated between the parties that the above entitled action be dismissed with prejudice.

Dated: October 7, 2005          ERSKINE & TULLEY

                                By: _____
                                   Michael J. Carroll
                                   Attorneys for Plaintiffs

Dated: October 19, 2005         JORY, PETERSON, WATKINS,
                                ROSS & WOOLMAN

                                By: _____
                                   John E. Peterson
                                   Attorney for Defendants

STIPULATION FOR DISMISSAL; ORDER
1

1  O R D E R

2  It is so ordered.

3  Dated: October 20, 2005

4  Magistrate Judge Edward M. Chen



STIPULATION FOR DISMISSAL; ORDER
2